[No. 27201-6-II. Division Two. July 26, 2002.]

*In the Matter of the Marriage of* NAOMI MONTGOMERY, *Respondent*, and RONALD MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-03506-1, Kathryn J. Nelson, J., entered May 4, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, J.; Hunt, C.J., dissenting.

[No. 27273-3-II. Division Two. July 26, 2002.]

JOSEPH P. MENTOR, *Respondent*, v. LAWRENCE KING, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-2-01516-6, Kenneth D. Williams, J., entered April 23, 2001. *Dismissed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27394-2-II. Division Two. July 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC BAZEIL LANCELIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00860-9, Jay B. Roof, J., entered April 27, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 27467-1-II. Division Two. July 26, 2002.]

STEPHANIE SMITH, *Appellant*, v. JEWEL M. SOTO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-2-01466-1, Stephen M. Warning, J., entered June 5, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.